UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD MARTIN HARMLESS,<br><br>    Petitioner,<br><br>    v.<br><br>J. LIZZAGARA,<br><br>    Respondent. | No. 2:14-cv-0223 JAM DB<br><br><br><br>ORDER |

Respondent has requested an extension of time to file an Opposition to Petitioner's Second Motion for an Evidentiary Hearing. (ECF No. 53). Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request for an extension of time (ECF No. 53) is GRANTED; and
2. Respondent shall file the opposition within thirty days from the date of this order.

Dated: November 17, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13

1