1  Howard M. Harmless
2  AF5172
3  California Health Care Facility
4  CHCF C4A 104
5  P.O. Box 72200
6  Stockton, CA 95213


FILED
JUL 13 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

7
8  RE: Address Change

9
10                              2:14-CV-0223 JAM DB
11       U.S. District Court For The
12          Eastern District of California
13       501 I St., STE 4-100
14       Sacramento, CA. 95814
15
16  Petitioner Howard M. Harmless:
17
18     Notification of Address Change.
19  H. M. Harmless
20  RF 5172
21  CHCF C4A 108
22  P.O. Box 72200
23  Stockton, CA 95213

24  Petitioner has had no mail from the Court
25  as of Feb 2, 2018. Has any mail been missed?
26  Petitioner was in the hospital since Feb 2, 2018.
27  Thank you.
28

Howard M. Harmless